UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILDEARTH GUARDIANS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>U.S. BUREAU OF LAND MANAGEMENT,<br><br>　　　　　　Defendant. | Civ. A. No. 18-1020 (CRC) |

## JOINT STATUS REPORT

Plaintiff WildEarth Guardians ("Plaintiff") and Defendant U.S. Bureau of Land Management ("BLM") respectfully file this joint status report concerning Plaintiff's Freedom of Information Act ("FOIA") request seeking, among others, records related to oil and gas pipeline rights-of-way granted by the BLM in the Montana-Dakotas State Office.

1.　　　Since the parties' last joint status report filed on May 22, 2019, BLM has made its 8th, 9th and 10th interim releases on June 3, June 25, and July 30, 2019, respectively.

2.　　　On June 3, 2019, BLM released 6,782 pages (8th release).  On June 25, 2019, BLM released 5,388 pages (9th release). And, on July 30, 2019, BLM released 4,761 pages. The total number of pages released since the last report is 16,931 – or an average of 5,643 pages per month over that period.

3.　　　In addition to some 250 shape files in full, BLM has released 95,853 pages to date.

4.　　　In the July 30, 2019, letter accompanying the most recent release, BLM acknowledged that Exemptions 3 to 7, and 9 might apply to parts of the documents next reviewed, potentially requiring additional review, consultation, and submitter notifications.

5.      The parties respectfully request that they be permitted to file a further joint status report on or before November 22, 2019.

Dated: August 22, 2019                          Respectfully submitted,

                                                JESSIE K. LIU, D.C. BAR # 472845
                                                United States Attorney for the District of Columbia

                                                DANIEL F. VAN HORN, D.C. BAR # 924092
                                                Chief, Civil Division


                                By:     */s/ John Moustakas*
                                        John Moustakas D.C. Bar # 442076
                                        Assistant United States Attorney
                                        U.S. Attorney's Office for the District of Columbia
                                        555 4th Street, NW
                                        Washington, DC  20530
                                        (202) 252-2510
                                        john.moustakas@usdoj.gov

                                        *Counsel for Defendant*


                                        */s/ Kelly E. Nokes*
                                        Kelly E. Nokes (Bar No. MT0001)
                                        Western Environmental Law Center
                                        208 Paseo del Pueblo Sur, No. 602
                                        Taos, NM 87571
                                        (575) 613-8051
                                        nokes@westernlaw.org

                                        *Counsel for Plaintiff*