UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILDEARTH GUARDIANS,

        Plaintiff,

v.

U.S. BUREAU OF LAND MANAGEMENT,

        Defendant.

Civ. A. No. 18-1020 (CRC)

## JOINT STATUS REPORT

Plaintiff WildEarth Guardians and Defendant U.S. Bureau of Land Management ("BLM") respectfully file this joint status report concerning Plaintiff's Freedom of Information Act ("FOIA") request seeking, among others, records related to oil and gas pipeline rights-of-way granted by the BLM in the Montana-Dakotas State Office.

1. Since the parties' last joint status report filed on January 22, 2020, BLM has made its 16th, 17th and 18th interim releases on January 30th, February 25th, and April 2nd, 2020, respectively.

2. On January 30, 2020, BLM released 605 pages in full (16th release). On February 25, 2020, BLM released 963 pages in full (17th release). On April 2nd, 2020, BLM released 964 pages in full (18th release). The total number of pages released since the last report is 2,532 – or an average of 844 pages per month over that period.

3. BLM estimates that approximately 43,000 pages remain to be reviewed.

4. In the April 2nd, 2020, letter accompanying the most recent release, BLM acknowledged that Exemptions 3 to 7, and 9 might apply to parts of the documents next reviewed, potentially requiring additional review, consultation, and submitter notifications.

5. The parties respectfully request that they be permitted to file a further joint status report on or before July 22, 2020.

Dated: April 22, 2020  Respectfully submitted,

TIMOTHY D. SHEA, D.C. BAR # 437437
United States Attorney for the District of Columbia

DANIEL F. VAN HORN, D.C. BAR # 924092
Chief, Civil Division

By: */s/ John Moustakas*
John Moustakas D.C. Bar # 442076
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 4th Street, NW
Washington, DC 20530
(202) 252-2518
john.moustakas@usdoj.gov

*Counsel for Defendant*

*/s/ Kelly E. Nokes*
Kelly E. Nokes (Bar No. MT0001)
Western Environmental Law Center
208 Paseo del Pueblo Sur, No. 602
Taos, NM 87571
(575) 613-8051
nokes@westernlaw.org

*Counsel for Plaintiff*